UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WILLIE L. BURRELL, | ) | CASE NO. C09-0922-JLR |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER DENYING MOTION TO APPOINT COUNSEL |
| T. TIERNEY, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff submitted a Motion to Appoint Counsel. (Dkt. 5.) Upon the Court's request, plaintiff also submitted an amendment to his motion, containing additional detail as to the nature of and any support for his claims. (Dkt. 7.) Now, having considered plaintiff's motion, the Court finds and concludes as follows:

(1) Because plaintiff is a nonprisoner pursuing a civil rights action, the Court considered referring his motion to the Screening Committee of this Court's Pro Bono Panel. However, the Court does not find this matter appropriate for review by the Screening Committee. *See* General Order Governing the Representation of Pro Se Litigants in Civil

ORDER RE: MOTION TO APPOINT COUNSEL
PAGE -1

Rights Actions (W.D. Wash. June 30, 2006).

  (2) Nor does the Court otherwise find appointment of counsel appropriate in this case. There is no right to appointment of counsel in a civil case. Although the Court, under 28 U.S.C. § 1915(e)(1), may request counsel to represent a party proceeding *in forma pauperis*, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* warranting the appointment of counsel. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's application for appointment of counsel is DENIED.

  (3) The Clerk shall send a copy of this Order to the parties and to the Honorable James L. Robart.

  DATED this 29th day of September, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION TO APPOINT COUNSEL
PAGE -2